# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON,            )
                                )   No. 77548-1-I
                    Appellant,   )
                                )   DIVISION ONE
        v.                       )
                                )   UNPUBLISHED OPINION
TARA RUMIKO CERVIN,             )
                                )
                    Respondent.  )   FILED:   MAY 1 4 2018
_____)

PER CURIAM — The State of Washington appeals from the drug offender sentencing alternative imposed after Tara Cervin pleaded guilty to two counts of unlawful possession of a firearm in the second degree and one count of possession of a controlled substance with intent to manufacture or deliver. The parties have filed a joint motion to reverse the sentence, based on Cervin's concession that the sentence would not likely withstand appellate review. We accept the concession and grant the motion. Accordingly, we reverse the sentence and remand for resentencing.

Reversed and remanded for resentencing.

FOR THE COURT:

_Mann, A.C.J._

_Trickey, J_

_Spearman, J_

2018 MAY 14  AM 9: 11
COURT OF APPEALS DIV 1
STATE OF WASHINGTON
FILED